### JONES *v.* JONES.

ATKINSON, J. The judge of the superior court did not err in overruling the certiorari to review the judgment of the ordinary awarding the custody of a minor child to the defendant on habeas corpus.

*Judgment affirmed. All the Justices concur.*

No. 1674.    APRIL 13, 1920.

Certiorari. Before Judge Graham. Pulaski superior court. June 5, 1919.

*M. S. Means* and *H. E. Coates,* for plaintiff.

*D. R. Pearce,* for defendant.